```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 37713
   WALTER HOWARD OBY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-2101

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/12/2004 and was confirmed 12/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                               PAID             PAID
--------------------------------------------------------------------------
FRANKLIN CREDIT MANAGMEN  CURRENT MORTG    29225.00              .00          29225.00
FRANKLIN CREDIT MANAGMEN  MORTGAGE ARRE    11029.51              .00           5335.89
MORTGAGE ELECTRONIC REGI  CURRENT MORTG    60474.07              .00          60474.07
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE    14293.27              .00           6914.81
ILLINOIS DEPT OF REVENUE  PRIORITY         NOT FILED             .00               .00
AMERICAN EXPRESS TRAVEL   UNSECURED         4335.37              .00               .00
B-FIRST LLC               UNSECURED         8519.17              .00               .00
BANK ONE                  NOTICE ONLY      NOT FILED             .00               .00
CAPITAL ONE BANK          UNSECURED        NOT FILED             .00               .00
RESURGENT ACQUISITION LL  UNSECURED        11862.47              .00               .00
CITIBANK                  NOTICE ONLY      NOT FILED             .00               .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED             .00               .00
ECAST SETTLEMENT CORP     UNSECURED         5413.25              .00               .00
ECAST SETTLEMENT CORP     UNSECURED        NOT FILED             .00               .00
HOME DEPOT                UNSECURED        NOT FILED             .00               .00
HSBC BANK USA             UNSECURED        NOT FILED             .00               .00
MENARDS                   UNSECURED        NOT FILED             .00               .00
NICOR GAS                 UNSECURED          237.01              .00               .00
ECAST SETTLEMENT CORP     UNSECURED         1811.05              .00               .00
RESURGENT ACQUISITION LL  UNSECURED          468.43              .00               .00
VERIZON WIRELESS          UNSECURED        NOT FILED             .00               .00
ECAST SETTLEMENT CORP     UNSECURED          234.30              .00               .00
ECAST SETTLEMENT CORP     UNSECURED          332.63              .00               .00
DAVID D LUGARDO           DEBTOR ATTY           .00                                .00
TOM VAUGHN                TRUSTEE                                              5,835.28
DEBTOR REFUND             REFUND                                               2,994.03

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                110,779.08

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 37713 WALTER HOWARD OBY
```

```
PRIORITY                                                           .00
SECURED                                                     101,949.77
UNSECURED                                                          .00
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                          5,835.28
DEBTOR REFUND                                                 2,994.03
                                    ---------------    ---------------
TOTALS                                   110,779.08         110,779.08
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/27/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE